NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OLUFEMI ADEMOYE, DOC #T84626          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D15-2232
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed March 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; William Fuente,
Judge.

Barry A. Cohen, and Manuel L. Iravedra of
Barry A. Cohen, P.A., Tampa; and Chris
Altenbernd of Banker Lopez Gassler, P.A.,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and NORTHCUTT, and LUCAS, JJ., Concur.